UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| JUDY JONES, Individually and as Administrator of the Estate of RAYMOND JONES, Deceased<br><br>    PLAINTIFF<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    DEFENDANT | CASE NO. _____<br><br><br><br>COMPLAINT |

\* \* \* \* \* \*

Comes the Plaintiff, Judy Jones, Individually and as Administrator of the Estate of Raymond Jones, deceased, by counsel, and for her Complaint against the Defendant, the United States of America, state as follows:

Parties

1. Plaintiff, Judy Jones, resides at Corbin, Knox County, Kentucky, and is the surviving spouse of Raymond Jones, deceased.

2. Plaintiff, Judy Jones, is the duly appointed Administrator of the Estate of Raymond Jones, deceased, having been appointed by Order of the Knox District Court on February 13, 2023.  A copy of the Order Appointing Executor is attached as Exhibit 1.

3. Plaintiff's decedent, Raymond Jones, was a patient of the Veterans Hospital located at 1101 VA Drive, Lexington, KY 40511 ("Veterans Hospital") at the time of the incident giving rise to this tort action.

4. At all times relevant hereto, the Veterans' Hospital staff caring for Raymond

Jones were acting in the course and scope of their employment with the U.S. Department of Veterans Affairs, and were employees of the United States of America.

5. Defendant, United States of America, is the proper party Defendant pursuant to the Federal Tort Claims Act, 28 *U.S.C.* §2671, *et seq.*

### Jurisdiction and Venue

6. This Court has jurisdiction pursuant to the Federal Tort Claims Act, 28 *U.S.C.* 2671, *et. seq.*

7. The medical treatment forming the basis of this Claim occurred in Fayette County, Kentucky, which is within the Eastern District of Kentucky, at Lexington.

### Exhaustion of Administrative Remedy

8. Prior to Raymond Jones' death, Raymond Jones and Judy Jones, each filed a Federal Tort Claim/Claim Form 95 with the U.S. Department for Veterans Affairs on November 2, 2022.

9. After Raymond Jones death, Judy Jones, Individually, and as Administrator of the Estate of Raymond Jones, filed a Federal Tort Claim/Claim Form 95 with the U.S. Department of Veterans Affairs on March 27, 2023.

10. The U.S. Department of Veterans Affairs, Office of the General Counsel denied the claims on June 27, 2023.

11. Pursuant to 28 U.S.C. 2401(b), this suit is being initiated within six (6) months of the mailing of the notice of denial.

Facts

12. On September 1, 2022, Raymond Jones presented to the Veterans Hospital secured in his motorized wheelchair by a lap belt.

13. Unknown Veterans Hospital agent(s), servant(s), and/or employee(s) attempted to lift Raymond Jones from his motorized wheelchair using a hoyer lift.

14. Due to the failure of the Veterans Hospital, through its agent(s), servant(s), and employee(s) to unbuckle the lap belt, Raymond Jones was lifted by the hoyer lift, while still secured to his motorized wheelchair, which weighed approximately 250 lbs.

15. As a result of the acts and omissions of the Veterans Hospital, through its agent(s), servant(s) and employee(s), as described in numbered paragraphs 13 and 14 above, Raymond Jones' left hip was fractured.

16. Due to injury as described in numbered paragraph 15, Raymond Jones underwent surgery to repair his left hip at Baptist Health Corbin.

17. As a result of being immobile from the surgery, as described in paragraph 16 above, and post-surgical complications, Raymond Jones' condition deteriorated, and he passed away on January 18, 2023.

18. It was the duty of the Defendant, United States of America, through its agent(s), servant(s) and employee(s), to exercise towards Raymond Jones that degree of care and skill expected of a reasonably prudent health service provider acting under similar circumstances.

19. The United States of America failed to exercise toward Raymond Jones that degree of care and skill expected of a reasonably prudent health service provider acting under similar circumstances.

20.    As a result of the acts and omissions of the United States of America, Raymond Jones suffered injury and harmful medical complications, which led to his death.

## Damages

21.    As a result of the injuries suffered by Raymond Jones due to improper medical care, his Estate is entitled to recover reasonable and necessary medical expenses.

22.    As a result of the injuries suffered by Raymond Jones, his Estate is entitled to compensation for the needless physical pain and mental anguish he suffered, until the time of his death.

23.    As a result of the death of Raymond Jones, his Estate is entitled to recover funeral and burial expenses incurred.

24.    As a result of the death of Raymond Jones, his Estate is entitled to recover for the destruction of his power to earn money.

25.    Raymond Jones' Estate is entitled to damages in the sum of $793,181, which is the amount sought in Claim Form 95, sent on March 27, 2023.

26.    As a result of the injury and death of Raymond Jones, Judy Jones has suffered the loss of her husband's consortium, and she will continue to suffer such losses the rest of her life.

27.    Judy Jones is entitled to damages in the sum of $100,000, which is the amount sought in Claim Form 95, sent on November 2, 2022 (for pre-death consortium) and Claim Form 95, sent on March 27, 2023 (for post death consortium).

WHEREFORE, Plaintiff, Judy Jones, Individually and as Administrator of the Estate of Raymond Jones, deceased, demand relief against the Defendant, the United States of America, as follows:

A. Judgment in the sum of $893,181.

B. Prejudgment and post-judgment interest;

C. Her costs herein expended; and,

D. Any and all other relief to which Plaintiff may appear entitled.

/s/Richard Hay
RICHARD HAY                BAR ID 30096
SARAH HAY KNIGHT           BAR ID 92057
Hay and Knight, PLLC
P.O. Box 1124
Somerset, KY 42502-1124
Richard@hayandknight.com
Sarah@hayandknight.com
Telephone: 606-679-2214


COUNSEL FOR PLAINTIFF